IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LISA FARNWORTH,

     Plaintiff,                                       CIV S-12-1029 CKD

     vs.

MICHAEL J. ASTRUE,                         ORDER
Commissioner of Social Security,

     Defendant.

_____/

       Pending before the court is a motion to appoint guardian ad litem for a minor child. Good cause appearing, IT IS HEREBY ORDERED that:

       1. The motion to appoint guardian ad litem (dkt. no. 2) is granted.

       2. Lisa Farnworth is appointed as guardian ad litem for minor son Nicholas Turner.

Dated: April 23, 2012

                                                _____
                                                CAROLYN K. DELANEY
                                                UNITED STATES MAGISTRATE JUDGE

4
farnworth.gal