IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA FARNWORTH, | |
| Plaintiff, | CIV S-12-1029 CKD |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ORDER |
| Defendant. | |
| _____/ | |

Pending before the court is a motion to appoint guardian ad litem for a minor child. Good cause appearing, IT IS HEREBY ORDERED that:

1. The motion to appoint guardian ad litem (dkt. no. 2) is granted.

2. Lisa Farnworth is appointed as guardian ad litem for minor son Nicholas Turner.

Dated: April 23, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
farnworth.gal

1