1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 509-7051
4 |
5 | Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LISA FARNWORTH AS GUARDIAN AD LITEM FOR NICHOLAS R. TURNER (MINOR SON) SSN XXX-XX-1050** | Case No. 12-cv-1029 CKD |
| Plaintiff, | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION |
| v. | |
| **MICHAEL J. ASTRUE Commissioner of Social Security of the United States of America,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment is hereby extended from October 31, 2012, to November 30, 2012.  This is plaintiff's first extension and is required due to plaintiff's counsel's impacted schedule.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: October 31, 2012 | BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| | |
| Dated: October 31, 2012 | Benjamin B. Wagner<br>United States Attorney |
| | Donna L. Calvert<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| | /s/ *Daniel P. Talbert*<br>DANIEL P. TALBERT |
| | Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

Dated: November 1, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE